674

168 So. 906

**Pearl PICKEL v. STATE.**

6 Div. 955.

Court of Appeals of Alabama.
May 5, 1936.

BRICKEN, Presiding Judge.
Affirmed.

171 So. 925

**D. W. PICKLE v. STATE.**

6 Div. 99.

Court of Appeals of Alabama.
Dec. 15, 1936.

RICE, Judge.
Affirmed.

164 So. 923

**Homer PIKE v. STATE.**

6 Div. 713.

Court of Appeals of Alabama.
Dec. 17, 1935.

RICE, Judge.
Appeal dismissed.

164 So. 923

**Wince PIPER v. CITY OF TUSCALOOSA.**

6 Div. 843,

Court of Appeals of Alabama.
Nov. 29, 1935.

PER CURIAM.
Appeal dismissed for want of prosecution.

164 So. 923

**G. A. PIPPEN v. STATE.**

6 Div. 821.

Court of Appeals of Alabama.
Nov. 12, 1935.

BRICKEN, Presiding Judge.
Affirmed.

174 So. 904

**H. D. POLLARD, Receiver of Central of Georgia R. Co., v. Martha E. PRINCE.**

7 Div. 252.

Court of Appeals of Alabama.
May 27, 1937.

PER CURIAM.
Appeal dismissed for want of prosecution.

164 So. 924

**Jake POLLARD v. STATE.**

6 Div. 862.

Court of Appeals of Alabama.
Nov. 19, 1935.

BRICKEN, Presiding Judge.
Appeal dismissed by agreement.